# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1021
L.T. Case No. 16-2023-CF-7266-A

_____

WAYNE JESSIE STEPHENS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Jonathan David Sacks, Judge.

Matthew J. Metz, Public Defender, and Allison Havens, Assistant
Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, and Steven Edward Woods,
Assistant Attorney General, Tallahassee, for Appellee.

November 25, 2025

PER CURIAM.

    AFFIRMED.

EISNAUGLE, KILBANE, and MACIVER, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————